FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0044

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0044

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TYLER MATTHEWS,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 20, 2025, within which to prepare, file, and serve the State's response brief.

**TT**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 17 2024